# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees

## For Individual Researchers Associated with Educational Institutions

| | |
|---|---|
| Applicant's Name: | Stefan Savage |
| Applicant's Title: | Professor |
| Applicant's Phone Number: | 858-822-4895 |
| Applicant's Email Address: | ssavage@ucsd.edu |
| Applicant's Mailing Address: | Dept of CSE, UC San Diego, 9500 Gilman Dr, La Jolla, CA, 9209 |

1. Are you an individual researcher associated with an educational institution, or a student associated with an educational institution conducting academic research under the supervision of a professor or instructor?

    ☒ Yes
    ☐ No

2. Please identify your status. [Certification Requirement] Please attach a letter from the professor/instructor who certifies this research is for a course project, thesis, dissertation, or other academic product.

    ☐ High School student
    ☐ Undergraduate Student
    ☐ Graduate/Professional Student
    ☒ Faculty/Lecturer
    ☐ Post-Doctoral Researcher
    ☐ Certification program student.

3. Please provide the name and type of educational institution you and your research are associated with.

    Name of Institution: __UC San Diego_____

    ☐ Community/Junior College
    ☒ Four-year college or university
    ☐ Post-graduate program
    ☐ Other degree conferring program, including secondary school program.
    ☐ Professional skills certification program
    ☐ Other non-degree conferring program. Explain:

    _____

4. Is the associated educational institution duly accredited and located in the United States? You may search this site https://ope.ed.gov/dapip/#/home to determine whether your institution has been accredited in the United States.

☒ Yes

☐ No

5. Do you and/or your affiliated academic institution plan to sell the product of your research?

☐ Yes

☒ No

6. Do you plan to re-distribute the product of your research? If so, please describe the manner in which it will be re-distributed?

Publication of overall findings in a scholarly conference or journal

7. Please describe your research project, including the hypothesis or thesis that your research will support. You may be required to provide additional information.

We are attempting to empirically ascertain a lower bound on genAI use in federal trial courts, by empirically measuring the incidents of "hallucinated" legal citations in the contemporary period (2025) vs a control period before the introduction of genAI tools (2019) -- looking for citations that do not exist or reference quotations that do not exist.

8. Please describe what resources are needed from PACER and why. Limitation in scope is demonstrated by narrowly tailoring the amount of exempt access requested to meet the needs of the defined research project.

We wish to examine a range of random cases from civil and criminal dockets in the 2025 and 2019 time ranges, across all district courts (understanding that there may be differences in rules or the practices of local firms practicing in different districts with regard to the use of AI tools). From these cases we plan to examine 3-5 documents (those that seem likely to involve significant motion practice). We have developed a

9. Please estimate of the number and type(s) of cases and/or documents needed to accomplish your research.

We do not know the underlying "base rate" of genAI hallucinations, but we will assert that if it is under 1/10,000 that it is perhaps not as concerning. Thus, we plan to request roughly such 10,000 documents (across all district courts who approve our exemption, split between civil and criminal dockets). We will endeavor to request no more than 500 documents from any single district, and would so during off hours and spread out over time to not incur load that would create challenges for practitioners.

10. Please indicate whether you intend to conduct your research using manual searches or by running a data script or some other computer-aided search and/or retrieval process.

> We expect to do a combination.  We will select dockets randomly, but will likely review the document choices within those dockets manually before requesting individual documents, unless we are able to develop a mechanistic procedure for identifying good candidate documents in the docket (i.e., those likely to contain significant legal citation)

11. What is the period of time for which you are requesting the PACER fee exemption?  Please note that you must provide a specific timeframe.  You may not request an exemption for an indefinite time period.

> 1 year

12. Please select the courts from which you are requesting PACER fee exemptions.

### Courts of Appeal

☐ All Courts of Appeal  ☐ Fifth Circuit  ☐ Tenth Circuit
☐ First Circuit  ☐ Sixth Circuit  ☐ Eleventh Circuit
☐ Second Circuit  ☐ Seventh Circuit  ☐ D.C Circuit
☐ Third Circuit  ☐ Eighth Circuit  ☐ Federal Circuit
☐ Fourth Circuit  ☐ Ninth Circuit

### Bankruptcy Appellate Panels (BAP)

☐ First Circuit - BAP  ☐ Ninth Circuit - BAP
☐ Sixth Circuit - BAP  ☐ Tenth Circuit - BAP
☐ Eighth Circuit - BAP

### District Courts

☒ All District Courts  ☐ Idaho  ☐ Montana  ☐ Puerto Rico
☐ Alabama Middle  ☐ Illinois Central  ☐ Nebraska  ☐ Rhode Island
☐ Alabama Northen  ☐ Illinois Northern  ☐ Nevada  ☐ South Carolina
☐ Alabama Southern  ☐ Illinois Southern  ☐ New Hampshire  ☐ South Dakota
☐ Alaska  ☐ Indiana Northern  ☐ New Jersey  ☐ Tennessee Eastern
☐ Arizona  ☐ Indiana Southern  ☐ New Mexico  ☐ Tennessee Middle
☐ Arkansas Eastern  ☐ Iowa Northern  ☐ New York Eastern  ☐ Tennessee Western

☐ Arkansas Western
☐ California Central
☐ California Eastern
☐ California Northern
☐ California Southern
☐ Colorado
☐ Connecticut
☐ Delaware
☐ District of Columbia
☐ Florida Middle
☐ Florida Northern
☐ Florida Southern
☐ Georgia Middle
☐ Georgia Northern
☐ Georgia Southern
☐ Guam
☐ Hawaii

☐ Iowa Southern
☐ Kansas
☐ Kentucky Eastern
☐ Kentucky Western
☐ Louisiana Eastern
☐ Louisiana Middle
☐ Louisiana Western
☐ Maine
☐ Maryland
☐ Massachusetts
☐ Michigan Eastern
☐ Michigan Western
☐ Minnesota
☐ Mississippi Northern
☐ Mississippi Southern
☐ Missouri Eastern
☐ Missouri Western

☐ New York Northern
☐ New York Southern
☐ New York Western
☐ North Carolina Eastern
☐ North Carolina Middle
☐ North Carolina Western
☐ North Dakota
☐ Northern Mariana Islands
☐ Ohio Northern
☐ Ohio Southern
☐ Oklahoma Eastern
☐ Oklahoma Northern
☐ Oklahoma Western
☐ Oregon
☐ Pennsylvania Eastern
☐ Pennsylvania Middle
☐ Pennsylvania Western

☐ Texas Eastern
☐ Texas Northern
☐ Texas Southern
☐ Texas Western
☐ Utah
☐ Vermont
☐ Virgin Islands
☐ Virginia Eastern
☐ Virginia Western
☐ Washington Eastern
☐ Washington Western
☐ West Virginia Northern
☐ West Virginia Southern
☐ Wisconsin Eastern
☐ Wisconsin Western
☐ Wyoming

## Bankruptcy Courts

☐ All Bankruptcy Courts
☐ Alabama Middle
☐ Alabama Northen
☐ Alabama Southern
☐ Alaska
☐ Arizona
☐ Arkansas Eastern
☐ Arkansas Western
☐ California Central
☐ California Eastern
☐ California Northern
☐ California Southern
☐ Colorado
☐ Connecticut
☐ Delaware
☐ District of Columbia
☐ Florida Middle

☐ Idaho
☐ Illinois Central
☐ Illinois Northern
☐ Illinois Southern
☐ Indiana Northern
☐ Indiana Southern
☐ Iowa Northern
☐ Iowa Southern
☐ Kansas
☐ Kentucky Eastern
☐ Kentucky Western
☐ Louisiana Eastern
☐ Louisiana Middle
☐ Louisiana Western
☐ Maine
☐ Maryland
☐ Massachusetts

☐ Montana
☐ Nebraska
☐ Nevada
☐ New Hampshire
☐ New Jersey
☐ New Mexico
☐ New York Eastern
☐ New York Northern
☐ New York Southern
☐ New York Western
☐ North Carolina Eastern
☐ North Carolina Middle
☐ North Carolina Western
☐ North Dakota
☐ Northern Mariana Islands
☐ Ohio Northern
☐ Ohio Southern

☐ Puerto Rico
☐ Rhode Island
☐ South Carolina
☐ South Dakota
☐ Tennessee Eastern
☐ Tennessee Middle
☐ Tennessee Western
☐ Texas Eastern
☐ Texas Northern
☐ Texas Southern
☐ Texas Western
☐ Utah
☐ Vermont
☐ Virgin Islands
☐ Virginia Eastern
☐ Virginia Western
☐ Washington Eastern

| | | | |
|---|---|---|---|
| ☐ Florida Northern | ☐ Michigan Eastern | ☐ Oklahoma Eastern | ☐ Washington Western |
| ☐ Florida Southern | ☐ Michigan Western | ☐ Oklahoma Northern | ☐ West Virginia Northern |
| ☐ Georgia Middle | ☐ Minnesota | ☐ Oklahoma Western | ☐ West Virginia Southern |
| ☐ Georgia Northern | ☐ Mississippi Northern | ☐ Oregon | ☐ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☐ Pennsylvania Eastern | ☐ Wisconsin Western |
| ☐ Guam | ☐ Missouri Eastern | ☐ Pennsylvania Middle | ☐ Wyoming |
| ☐ Hawaii | ☐ Missouri Western | ☐ Pennsylvania Western | |

National Courts

☐ Judicial Panel on Multidistrict Litigation
☐ U.S. Court of Federal Claims
☐ U.S. Court of International Trade

13. In support of this application, I certify the following:

    a.   An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

    b.   I understand that any authorized fee exemption will apply only to me, will be valid only for the purposes stated above and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

    c.   I agree that any data I receive through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet; and

    d.   I declare that all the information I have provided on this application is true, and I understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees.

    e.   I certify that I have read the instructions and am aware of the available resources to obtain judicial opinions and data on case filings outside of PACER and that additional information from PACER is required to accomplish my research objective.

*Stefan Savage*

Signature _____