UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**Request for PACER Fee Exemption for Academic Research**<br><br>**PACER ID 8049601** | Misc. No. 25-349-RAM |

# ORDER

This matter is before the Court upon an application by Dr. Stefan Savage (petitioner), a professor at the Department of Computer Science and Engineering at the University of California – San Diego, requesting exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that petitioner, a graduate student and researcher associated with a higher education institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Petitioner has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information. Accordingly, petitioner shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred during his research. Additionally, the following limitations apply:

I. this fee exemption applies only to the petitioner and is valid only for the purposes stated above;
II. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
III. by accepting this exemption, the petitioner agrees not to sell for profit any data obtained because of receiving this exemption;
IV. petitioner is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases;
V. **this exemption is valid for one year, that is, until September 1, 2026**;
VI. the exemption period may be extended upon written request by the petitioner.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of September 2025.

s/ Raúl M. Arias-Marxuach
Raúl M. Arias-Marxuach
Chief U.S. District Judge

Reference:
www.uscourts.gov/services-forms/fees/electronic-public-access-fee-schedule
Electronic Public Access Fee Schedule and Judicial Conference Policy Notes